UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC, NAVY FEDERAL CREDIT UNION,<br><br>    Defendants. | Case No. 2:25-cv-00318-SCR<br><br>[~~PROPOSED~~] **ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: January 24, 2025<br>Current Response Date: March 20, 2025<br>New Response Date: April 18, 2025 |

**FOR GOOD CAUSE SHOWN IN THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED** that:

The deadline for Defendant NAVY FEDERAL CREDIT UNION to file the responsive pleading to the Complaint (Dkt. No. 1) is extended to April 18, 2025.

**IT IS SO ORDERED.**

DATED: March 18, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342