

United States District Court
Eastern District of California

| Jessica Garrett |
| Plaintiff(s) |

Case Number: 2:25-cv-00318

V.

| Experian Information Solutions, Inc., et al., |
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kimberly Lopez hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Navy Federal Credit Union

On ___10/08/2008___ (date), I was admitted to practice and presently in good standing in the ___Florida___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___02/18/2026___        Signature of Applicant: /s/ ___Kimberly Lopez___

**Pro Hac Vice Attorney**

Applicant's Name: Kimberly Lopez

Law Firm Name: Akerman LLP

Address: 420 South Orange Avenue

Suite 1200

City: Orlando  State: FL  Zip: 32801

Phone Number w/Area Code: (407) 423-4000

City and State of Residence: Orlando, Florida

Primary E-mail Address: kimberly.lopez@akerman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Evelina Gentry

Law Firm Name: Akerman LLP

Address: 633 West Fifth Street

Suite 6400

City: Los Angeles  State: CA  Zip: 90071

Phone Number w/Area Code: (213) 633-9500  Bar # 296796

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 4, 2026

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT